USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
:
-against-                             :          23-CR-461 (VEC)
:
WALTER VALDIVIA,                                      :          ORDER
                        Defendant.            :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 5, 2023, this matter was transferred to the Undersigned;

WHEREAS on September 7, 2023, Probation reported that Mr. Valdivia violated the conditions of his supervised release; and

WHEREAS on September 11, 2023, Mr. Valdivia was presented and arraigned before the Magistrate Judge.

IT IS HEREBY ORDERED that the parties are ordered to appear for an initial conference on **Wednesday, September 20, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: September 12, 2023
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**