USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
UNITED STATES OF AMERICA,                       :
:
         -against-                           :      23-CR-461 (VEC)
:
WALTER VALDIVIA,                                :      <u>ORDER</u>
                        Defendant.      :
:
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a conference in this matter is scheduled for Wednesday, September 20, 2023; and

      WHEREAS on September 14, 2023, Probation informed the Court that it was unavailable on September 20, 2023.

      IT IS HEREBY ORDERED that the conference in this matter will be held on **Tuesday, September 19, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  September 15, 2023  
         New York, NY

                                                         **VALERIE CAPRONI**  
                                                         **United States District Judge**