```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

              -against-                          23-CR-461 (VEC)

    WALTER VALDIVIA,                            ORDER
                      Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 16, 2024, Probation reported that Mr. Valdivia has failed to comply with the conditions of his supervised release.

    IT IS HEREBY ORDERED that the parties are ordered to appear for a status conference on **Tuesday, February 20, 2024, at 4:15 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  **February 17, 2024**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**