USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA,  :
:
    -against-    :    23-CR-461 (VEC)
:
WALTER VALDIVIA,    :    ORDER
                Defendant.    :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned on February 20, 2024, for a status conference.

IT IS HEREBY ORDERED that Mr. Valdivia must live with his uncle, subject to Probation's approval of the living accommodations. Mr. Valdivia will be subject to electronic monitoring and a curfew to be set by Probation.

IT IS FURTHER ORDERED that the parties are ordered to appear for a status conference on **Tuesday, April 9, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties are ordered to submit a joint status update by **April 2, 2024**.

**SO ORDERED.**

Date: February 20, 2024
      New York, NY

_____
VALERIE CAPRONI
United States District Judge