USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                      23-CR-461 (VEC)

WALTER VALDIVIA,                                   ORDER

                            Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 11, 2024, Probation reported that Mr. Valdivia was arrested.

IT IS FURTHER ORDERED that the parties are ordered to work with Probation to submit a status update in this matter by **June 11, 2024**.  The status conference in this matter is ADJOURNED *sine die*.

**SO ORDERED.**

Date:  March 11, 2024
       New York, NY

                                                              **VALERIE CAPRONI**
                                                              **United States District Judge**