UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                     :
:
-against-                      :     23-CR-461 (VEC)
:
WALTER VALDIVIA,                              :     ORDER
                              Defendant.      :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 25, 2025, Probation reported that Mr. Valdivia was sentenced in New York state court.

IT IS HEREBY ORDERED that the parties must meet and confer and file a joint letter with the Court not later than **Friday, April 4, 2025**, discussing proposed next steps on Mr. Valdivia's alleged violations of supervised release.

**SO ORDERED.**

**Date:  March 26, 2025**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**