UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,        :
          :
      -against-        :      23-CR-461 (VEC)
          :
WALTER VALDIVIA,        :      <u>ORDER</u>
        Defendant.    :
          :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 19, 2025, the parties filed a joint letter indicating that Mr. Valdivia intends to enter an admission in connection with the Second Amended Violation Report dated March 11, 2024;

    WHEREAS on May 20, 2025, the Court ordered the parties to propose a conference date after Mr. Valdivia had been transferred to federal custody; and

    WHEREAS the parties have not since provided a status update.

    IT IS HEREBY ORDERED that not later than **Wednesday, August 6, 2025**, the parties must file a joint letter apprising the Court of the status of Mr. Valdivia's transfer to federal custody and providing an estimated timeframe by which they expect the transfer to be complete.

**SO ORDERED.**

**Date: July 30, 2025**
      **New York, NY**                                   **VALERIE CAPRONI**
                                                         **United States District Judge**