UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                    -against-                           23-CR-461 (VEC)

   WALTER VALDIVIA,                              ORDER
                          Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the conference currently scheduled for September 24, 2025, is ADJOURNED to **Friday, September 26, 2025, at 12:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: September 23, 2025**
       **New York, NY**

                                                                 VALERIE CAPRONI
                                                          **United States District Judge**